■ The People of the State of New York, Respondent, v Tracy G. Vierra, Appellant. [999 NYS2d 763]—Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered November 9, 2012, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

In satisfaction of an eight-count indictment, defendant pleaded guilty to criminal possession of a weapon in the second degree and was sentenced in accordance with the plea agreement to a prison term of seven years, followed by five years of postrelease supervision. Defendant appeals.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Upon our review of the record, defense counsel's brief and defendant's pro se submissions, we agree. Accordingly, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., McCarthy, Rose and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ The People of the State of New York, Respondent, v Benjamin LaPoint, Appellant. [999 NYS2d 764]—Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered April 12, 2013, convicting defendant upon his plea of guilty of the crime of criminal possession of stolen property in the third degree.

In satisfaction of a four-count indictment, defendant pleaded guilty to criminal possession of stolen property in the third degree, waived his right to appeal and was sentenced in accordance with the plea agreement to a prison term of 1²/₃ to 5 years. Defendant now appeals, and appellate counsel seeks to be relieved of his assignment on the ground that there are no nonfrivolous issues to be raised on appeal. Upon our review of